## Varley Appeal.

Argued May 7, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Edward J. Zetusky,* for appellants.

*Joseph E. Pappano,* for appellee.

OPINION PER CURIAM, May 8, 1969:
Order affirmed.
Mr. Justice JONES dissents.